| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jasmine Da'Shona Thrower** | Social Security number or ITIN **xxx–xx–6726** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | |
| Case number: | **16–32375–KLP** | |

## Discharge of Debtor                                                                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jasmine Da'Shona Thrower
aka Jazmine Da'Shona Perry

<u>August 30, 2016</u>                                          **For the court:**          William C. Redden
                                                                                                                Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                          **Discharge of Debtor**                                                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318              **Discharge of Debtor**              page 2

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 16-32375-KLP
Jasmine Da'Shona Thrower                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7           User: bullockn            Page 1 of 2            Date Rcvd: Aug 30, 2016
                               Form ID: 318              Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2016.
```
db             #+Jasmine Da'Shona Thrower,    1409 Newell Rd. #1,    Richmond, VA 23225-2646
13371227       +312 EAST BROAD STREET C/O SHOCKOE COMPANY,    312 EAST BROAD STREET,    RICHMOND, VA 23219-1765
13371241        BANK OF AMERICA,    4904 Saravese Circle,    Tampa, FL 33634
13371236       +CAROLINA FINANCE,    PO BOX 18079,    GREENSBORO, NC 27419-8079
13371226        CAROLYN J BOONE MD PC,    PO BOX 9763M,    BELFAST, ME 04915
13371237       +CHECK CITY COLLECTIOSN DEPARTMENT,    PO BOX 970183,    OREM, UT 84097-0183
13371250      #+COLLECTION TECHNOLOGY INC,    PO BOX 2036,    MONTEREY PARK, CA 91754-8936
13371248       +COMCAST,    PO BOX 3005,    SOUTHEASTERN, PA 19398-3005
13540093       +Chippham Medical Center,    7300 Beaufunt Spring Drive,    Richmond, VA 23225-5551
13540086       +Danko Gorden & Tucker,    1360 East Parham Rd.,    Richmond, VA 23228-2366
13540087       +Debt Management Partners,    200 John James Aububon Pkwy,    Amherst, NY 14228-1120
13540089        Dominion Power,    P.O. Box 26660,    Richmond, VA 23261
13371244       +ENHANCED RECOVERY COMPANY,    PO BOX 57547,    JACKSONVILLE, FL 32241-7547
13371233       +ESURANCE,    PO BOX 6476,    CAROL STREAM, IL 60197-6476
13371239        GREATER RICHMOND RENTALS,    200 WEST CLUB LANE,    RICHMOND, VA 23226
13371238       +JEFFERSON CAPITAL SYSTEMS,    16 MCLELAND ROAD,    SAINT CLOUD, MN 56393-0001
13371230       +KRS HOLDINGS C/O MEADOWCREEK APARTMENTS,    5312 HULL STREET ROAD,    RICHMOND, VA 23224-2435
13371231        NAVY FEDERAL,    PO BOX 311,    BOHANNON, VA 23021
13371240       +PROGRESSIVE,    6300 WILSON MILLS ROAD,    CLEVELAND, OH 44143-2182
13371232       +PUBLIC STORAGE,    PO BOX 25050,    GLENDALE, CA 91221-5050
13371228       +SUNTRUST,    PO BOX 26150,    RICHMOND, VA 23260-6150
13540091       +Shockoe Company,    c/o 312 East Broad St., LP,    1315 E. Cary Street,    Richmond, VA 23219-4117
13540088       +TACs,    P.O. Box 31800,    Henrico, VA 23294-1800
13371243       +TRASNWORLD SYSTEM,    2360 CAMPBELL ROAD,    RICHARDSON, TX 75082-4452
13540092       +Trasnworld System,    507 Prudential Rd.,    Horsham, PA 19044-2308
13371247       +VIRGINIA EMERGENCY PHYSICAN,    7101 JAHNKE ROAD,    RICHMOND, VA 23225-4017
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QBEROBINSON.COM Aug 31 2016 02:43:00      Bruce E. Robinson,    P.O. Box 538,
                 415 E. Atlantic Street,    South Hill, VA 23970-2701
13371251       +EDI: AAEO.COM Aug 31 2016 02:43:00      AARONS,    610 W SOUTHSIDE PLAZA ST,
                 RICHMOND, VA 23224-1721
13540085       +EDI: AAEO.COM Aug 31 2016 02:43:00      Aarons,    610 W. Southside Plaza,
                 Richmond, VA 23224-1721
13371234        EDI: AISTMBL.COM Aug 31 2016 02:43:00      T MOBILE,    PO BOX 53410,    BELLEVUE, WA 98015
13371229       +EDI: CAPITALONE.COM Aug 31 2016 02:43:00      CAPITAL ONE,    PO BOX 30285,
                 SALT LAKE CITY, UT 84130-0285
13371242       +EDI: CCS.COM Aug 31 2016 02:43:00      CCS,    PO BOX 607,    NORWOOD, MA 02062-0607
13371235       +EDI: HCA2.COM Aug 31 2016 02:43:00      CJW MEDICIAL CENTER,    7101 JAHNKE ROAD,
                 RICHMOND, VA 23225-4017
13371245       +EDI: CONVERGENT.COM Aug 31 2016 02:43:00      CONVERGENT OUTSOURCING,    PO BOX 9004,
                 RENTON, WA 98057-9004
13540090       +E-mail/PDF: BANKRUPTCY.NOTICES@RICHMONDGOV.COM Aug 31 2016 02:56:17
                 City of Richmond Dpt. of Public Utilities,    900 E. Broad Street #115,
                 Richmond, VA 23219-1907
13371252        EDI: IRS.COM Aug 31 2016 02:43:00      Department of Treasury,    Internal Revenue Service Center,
                 Kansas City, MO 64999
13371249        EDI: NEXTEL.COM Aug 31 2016 02:43:00      SPRINT,    PO BOX 7949,    SHAWNEE MISSION, KS 66207
                                                                                               TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13371246*      +CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
13371225      ##+POOLE BROOKE PLUMLEE,    9850 LORI ROAD SUITE 101,    CHESTERFIELD, VA 23832-6758
                                                                                TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0422-7          User: bullockn            Page 2 of 2              Date Rcvd: Aug 30, 2016
                              Form ID: 318              Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2016 at the address(es) listed below:
              Bruce E. Robinson    bruce.robinsontr@gmail.com,
                 therese.rogerstra@gmail.com;ruth.alexander.bka@gmail.com;brobinson@ecf.epiqsystems.com
                                                                                             TOTAL: 1
```